■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO ELIAS, Appellant. [813 NYS2d 689]—Judgments, Supreme Court, New York County (William A. Wetzel, J.), rendered on or about October 4, 2004, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Williams, Sweeny and McGuire, JJ.